IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3085 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERTO ALVAREZ SANCHEZ, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered in favor of the United States of America and against Roberto Alvarez Sanchez, providing that he shall take nothing and his request for relief under the provisions of 28 U.S.C. § 2255 is denied and dismissed with prejudice.

DATED this 19th day of March, 2012.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge